AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Washington ▼

|  |  |
|---|---|
| WILLIAM F. ABRAMS, <br><br> *Plaintiff(s)* <br> v. <br><br> UNUM LIFE INSURANCE COMPANY OF AMERICA, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.  2:21-cv-980 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

**UNUM LIFE INSURANCE COMPANY OF AMERICA**
c/o Unum Group
c/o Corporation Service Company, its Registered Agent
300 Deschutes Way, Suite 208, MC-CSC1
Tumwater, WA 98501

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| | |
|---|---|
| Eleanor Hamburger and Richard E. Spoonemore <br> SIRIANNI YOUTZ SPOONEMORE HAMBURGER PLLC <br> 3101 Western Avenue Suite 350, Seattle, WA  98121 <br> Telephone: (206) 223-0303; Facsimile: (206) 223-0246 <br> ehamburger@sylaw.com ♦ rspoonemore@sylaw.com | Megan E. Glor <br> MEGAN E. GLOR ATTORNEYS AT LAW <br> 707 NE Knott Street, Suite 101, Portland, OR  97212 <br> Telephone: (503) 223-7400; Facsimile: (503) 751-2071 <br> megan@meganglor.com |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____     _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: