UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON

**William F. Abrams**
               Plaintiff(s),
VS.

**Unum Life Insurance Company of America**
         Defendant(s),

Case No.:2:21-cv-00980-JLR

DECLARATION OF SERVICE

---

    The undersigned, being first duly sworn on oath deposes and says: That he/she is now and at all times herein mentioned was a resident of the United States, over the age of eighteen years, not a party to or interested in the above entitled action and competent to be a witness therein.

    That on 7/27/2021 at 12:47 PM at the address of 300 Deschutes Way SW Ste 208, Tumwater, within Thurston County, WA, the undersigned duly served the following document(s): Summons in a Civil Action; Complaint (ERISA); Civil Cover Sheet in the above entitled action upon Unum Life Insurance Company of America c/o Unum Group, by then and there personally delivering 1 true and correct set(s) of the above documents into the hands of and leaving same with Cynthia Jones, Representative for Corporation Service Company, Registered Agent for Unum Group, who is authorized to accept service on behalf of the above.

Physical description of person served: Gender: Female | Skin Color: White | Age: 40 | Height: 5' 3" | Weight: Medium | Hair: Black

I declare under penalty of perjury under the laws of the state of WASHINGTON that the foregoing is true and correct.

DATE: 7/28/2021
TOTAL: $ 88.75



N. Young
Registered Process Server
License#: 1417954 - Expiration Date: 1/2/2022
Seattle Legal Messengers
4201 Aurora Avenue N, #200
Seattle, WA 98103
(206) 443-0885