HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM F. ABRAMS,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>　　　　　　　　Defendant. | Case No. 2:21-cv-00980-JLR<br><br>**NOTICE OF APPEARANCE** |

TO:　　　　WILLIAM F. ABRAMS; Plaintiff

AND TO:　　ELEANOR HAMBURGER, RICHARD E. SPOONEMORE and SIRIANNI YOUTZ SPOONEMORE HAMBURGER PLLC, AND MEGAN GLOR, and MEGAN E. GLOR ATTORNEYS AT LAW, Plaintiff's Attorneys

　　　PLEASE TAKE NOTICE that Defendant UNUM LIFE INSURANCE COMPANY OF AMERICA in the above-referenced action, without waiving any objections as to personal or subject matter jurisdiction, venue, sufficiency of process or service of process, hereby appears by and through its undersigned attorneys, D. Michael Reilly and Per Jansen of LANE POWELL PC, and requests that service of all papers and pleadings herein, except writs of original process, be made upon the undersigned attorneys for said defendant at the offices below stated.

///

///

///

NOTICE OF APPEARANCE - 1
CASE NO. 2:21-cv-00980-JLR

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

100447.0203/8590392.1

1 DATED: August 16, 2021

2                                        LANE POWELL PC

3

4                                  By  *s/ D. Michael Reilly*

5                                      D. Michael Reilly, WSBA No. 14674
                                     Email: reillym@lanepowell.com

6

7                                  By  *s/ Per Jansen*

8                                      Per Jansen, WSBA No. 49966
                                     Email: jansenp@lanepowell.com

9                                      1420 Fifth Avenue, Suite 4200
                                     P.O. Box 91302
10                                   Seattle, WA  98111-9402
                                  Telephone: 206.223.7000
11                                   Facsimile: 206.223.7107

12                                 Attorneys for Defendant Unum Life Insurance
                                Company of America
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

NOTICE OF APPEARANCE - 2
CASE NO. 2:21-cv-00980-JLR

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

100447.0203/8590392.1