HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM F. ABRAMS,<br><br>    Plaintiff,<br><br>    v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>    Defendant. | Case No. 2:21-cv-00980-JLR<br><br>**CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rules of Civil Procedure 7.1(a) and Local Rule 7.1, Defendant Unum Life Insurance Company of America states that its direct parent corporation is Unum Group, a Delaware corporation. Unum Group is a publicly-held corporation that owns 10% or more of the stock of Unum Life Insurance Company of America.

DATED: August 16, 2021

LANE POWELL PC

By:   *s/ D. Michael Reilly*
D. Michael Reilly, WSBA No. 14674
Per Jansen, WSBA No. 49966
reillym@lanepowell.com
jansenp@lanepowell.com
Attorneys for Defendant Unum Life Insurance Company of America

CORPORATE DISCLOSURE STATEMENT - 1
CASE NO. 2:21-cv-00980-JLR

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

100447.0203/8590394.1