HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM F. ABRAMS,<br><br>                     Plaintiff,<br><br>    v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>                     Defendant. | Case No.  2:21-cv-00980-JLR<br><br>**NOTICE OF APPEARANCE** |

TO:         WILLIAM F. ABRAMS; Plaintiff

AND TO:  ELEANOR HAMBURGER, RICHARD E. SPOONEMORE and SIRIANNI YOUTZ SPOONEMORE HAMBURGER PLLC, AND MEGAN GLOR, and MEGAN E. GLOR ATTORNEYS AT LAW, Plaintiff's Attorneys

PLEASE TAKE NOTICE that Defendant UNUM LIFE INSURANCE COMPANY OF AMERICA in the above-referenced action, without waiving any objections as to personal or subject matter jurisdiction, venue, sufficiency of process or service of process, hereby appears by and through the undersigned attorney, Riley R. Moyer of LANE POWELL PC, and requests that service of all papers and pleadings herein, except writs of original process, be made upon the undersigned attorneys for said defendant at the offices below stated.

NOTICE OF APPEARANCE - 1
CASE NO. 2:21-cv-00980-JLR

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

100447.0203/8689485.1

DATED: September 28, 2021

LANE POWELL PC

By:  *s/ Riley R. Moyer*
Riley R. Moyer, WSBA No. 56243
moyerr@lanepowell.com

D. Michael Reilly, WSBA No. 14674
reillym@lanepowell.com
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, Washington 98111-9402
Telephone:  206.223.7000

Attorneys for Defendant Unum Life Insurance Company of America

NOTICE OF APPEARANCE - 2
CASE NO. 2:21-cv-00980-JLR

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

100447.0203/8689485.1