THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM F. ABRAMS, | Case No. 2:21-cv-00980-JLR |
| Plaintiff, | |
| v. | **NOTICE OF WITHDRAWAL OF COUNSEL** |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, | (CLERK'S ACTION REQUIRED) |
| Defendant. | |

TO:         CLERK OF THE COURT;

AND TO:   ALL PARTIES OF RECORD.

   PLEASE TAKE NOTICE that Per Jansen of Lane Powell PC hereby withdraws as attorney for Defendant, Unum Life Insurance Company of America effective immediately.  Per Jansen should be removed from the Court's database and electronic notices.

   Lane Powell PC and D. Michael Reilly will continue as attorneys of record for Defendant Unum Life Insurance Company of America.

/ / /

/ / /

/ / /

NOTICE OF WITHDRAWAL OF COUNSEL - 1
CASE NO. 2:21-CV-00980-JLR

100447.0203/8685929.1

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

DATED: September 30, 2021.

LANE POWELL PC

By: *s/ Per D. Jansen*
Per D. Jansen, WSBA No. 49966
jansenp@lanepowell.com

*Withdrawing Attorney for Defendant Unum Life Insurance Company of America*

NOTICE OF WITHDRAWAL OF COUNSEL - 2
CASE NO. 2:21-CV-00980-JLR

100447.0203/8685929.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107