THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM F. ABRAMS, | Case No. 2:21-cv-00980-JLR |
| Plaintiff, | |
| v. | **JOINT STATUS REPORT AND DISCOVERY PLAN** |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, | |
| Defendant. | |

In compliance with Federal Rule of Civil Procedure 26(f), the parties submit this Joint Status Report and Discovery Plan.

**1.     Nature and Complexity of Case:** This case involves a dispute over Plaintiff's eligibility for long-term disability benefits under an employee welfare benefit plan governed by the Employee Retirement Income Security Act, 29 U.S.C. § 1001, *et seq.* ("ERISA"). This case is not complex.

**2.     Proposed Deadline for Joining Additional Parties:** The parties suggest November 1, 2021 as a deadline for joinder of additional parties.

**3.     Use of Magistrate Judge:** No.

**4.     Proposed Discovery Plan:**

A.     Initial Disclosures: The parties agree to waive initial disclosures. Defendant will provide Plaintiff with a digital, bates-stamped copy of Defendant's proposed administrative record for review/approval.

JOINT STATUS REPORT AND DISCOVERY PLAN - 1
CASE NO. 2:21-CV-00980-JLR

100447.0203/8702177.1

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

B.   **Subjects, Timing and Phasing of Discovery:**  The parties agree that no discovery is necessary.

C.   **Electronically Stored Information:**  The parties do not anticipate the need for any production of electronically stored information (ESI), but would use the Model Protocol for Discovery of ESI if necessary.

D.   **Privilege Issues:**  The parties do not believe this case will involve unique or extensive claims of privilege or work product protection.

E.   **Limitations on Discovery:**  The parties agree that no discovery is necessary in this ERISA-governed benefit case. The parties believe this case can be decided based upon the Court's review of the administrative record.

F.   **Additional Orders:** The parties will agree to file a stipulated motion to seal the administrative record in this case, which contains significant amounts of confidential medical information as well as personal information of non-parties.

5.   **Alternate Dispute Resolution (ADR) and Discovery:**

A.   Prompt Case Resolution:  The parties agree that a hearing on cross-dispositive motions based on the administrative record would be appropriate by January 15, 2022. The parties will propose an agreed briefing schedule.

B.   Alternative Dispute Resolution:  The Parties will endeavor to engage a neutral for ADR before the end of 2021.

C.   Related Cases:  None

D.   Discovery Management:  Though no discovery is anticipated, the parties would work cooperatively with respect to discovery, and may use the Model Protocol if ESI issues arise.

E.   Subjects on Which Discovery Sought:  The parties agree that no discovery is necessary.

F.   Phasing Motions:  The parties reserve their right to file a motion to determine the applicable standard of review of the administrative record before dispositive motions are heard or a bench trial on the record is held.

G.   Preservation of Discoverable Information:  Though no discovery is anticipated, the
JOINT STATUS REPORT AND DISCOVERY PLAN - 2
CASE NO. 2:21-CV-00980-JLR

100447.0203/8702177.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

parties agree to preserve all known, relevant active ESI and hard copy records. No Court intervention is needed on this issue at this time.

H.   Privilege Issues: The parties agree to return any inadvertently disclosed privileged information or work product to the disclosing party.

I.   Model Protocol for Discovery of ESI: The parties may use the Model Protocol for Discovery of ESI if necessary.

J.   Alternatives to Model Protocol for Discovery of ESI: An alternative is unnecessary given that the parties may use the Model Protocol if necessary.

**6.   Date for Completion of Discovery:** No discovery is anticipated in this case.

**7.   Bifurcation of Trial:** The parties do not believe trial should be bifurcated.

**8.   Pretrial Statement and Pretrial Order:** The parties do not waive the requirement of Pretrial Statements and the Pretrial Order.

**9.   Individualized Trial Program:** The parties do not intend to use the Individualized Trial Program as set forth in Local Civil Rule 39.2.

**10.   Shortening or Simplifying Case:** Defendant will produce the administrative record for Plaintiff's review/agreement and file it, with a stipulated motion to seal, with the Court. The parties agree the case can be decided through dispositive motions.

**11.   Trial Readiness:** The parties request a hearing on cross-dispositive motions on or after January 15, 2022.

**12.   Nature of Trial:** Because this case is governed by ERISA, the parties anticipate any trial will be non-jury.

**13.   Length of Trial:** The parties estimate it would take one day to try this case, in the form of a dispositive motion hearing.

///

///

///

///

JOINT STATUS REPORT AND DISCOVERY PLAN - 3
CASE NO. 2:21-CV-00980-JLR

100447.0203/8702177.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

**14.  Contact Information for Trial Counsel:**

a.  Attorneys for Plaintiff:

SIRIANNI YOUTZ SPOONEMORE HAMBURGER PLLC

Eleanor Hamburger
Richard E. Spoonemore
ehamburger@sylaw.com
spoonemore@sylaw.com
3101 Western Avenue, Suite 350
Seattle, WA 98121
Telephone: (206) 223-0303
Facsimile: (206) 223-0246

MEGAN E. GLOR ATTORNEYS AT LAW

Megan E. Glor
megan@meganglor.com
707 NE Knott Street, Suite 101
Portland, OR 97212
Telephone: (503) 223-7400
Facsimile: (503) 751-2071

b.  Attorneys for Defendant:

LANE POWELL PC

D. Michael Reilly
Riley R. Moyer
ReillyM@LanePowell.com
MoyerR@LanePowell.com
1420 Fifth Avenue, Suite 4100
Seattle, WA 98101-2338
Telephone: (206) 223-7000
Facsimile: (206) 223-7107

**15.  Conflicts to Consider When Setting Trial Date:**

Plaintiff Conflicts:  Plaintiff is unavailable 6/6–6/13/22; 6/18-6/21/22.

Defendant Conflicts:  Defendants are unavailable 12/14/21; 1/17 – 2/28/22; 4/4 - 5/6/22; 5/10 – 5/16/22; 5/30–6/20/22; 7/6 – 7/8/22; 7/11 – 7/15/22.

**16.  Statement of Service:**  All Defendants have been served.

**17.  Scheduling Conference:**  The parties request a scheduling conference to set a date for bench trial.

///

JOINT STATUS REPORT AND DISCOVERY PLAN - 4
CASE NO. 2:21-CV-00980-JLR

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

100447.0203/8702177.1

**18.    Corporate Disclosure Statements:** Defendant filed its Corporate Disclosure Statement on August 16, 2021 (Dkt. #8).

Respectfully submitted this 1st day of October, 2021.

    SIRIANNI YOUTZ SPOONEMORE HAMBURGER PLLC

    By: *s/ Eleanor Hamburger*
    Eleanor Hamburger (WSBA #26478)
    Richard E. Spoonemore (WSBA #21833)
    3101 Western Avenue Suite 350
    Seattle, WA 98121
    Telephone: (206) 223-0303
    Facsimile: (206) 223-0246
    ehamburger@sylaw.com
    rspoonemore@sylaw.com

    MEGAN E. GLOR ATTORNEYS AT LAW

    Megan E. Glor, *pro hac vice*
    707 NE Knott Street, Suite 101
    Portland, OR 97212
    Telephone: (503) 223-7400
    Facsimile: (503) 751-2071
    megan@meganglor.com

    Attorneys for Plaintiff William F. Abrams

    LANE POWELL PC

    By: *s/ Riley R. Moyer*
    D. Michael Reilly, WSBA # 14674
    Riley R. Moyer, WSBA # 56243
    ReillyM@LanePowell.com
    MoyerR@LanePowell.com
    Attorneys for Defendant Unum Life Insurance Company of America

JOINT STATUS REPORT AND DISCOVERY PLAN - 5
CASE NO. 2:21-CV-00980-JLR

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

100447.0203/8702177.1