UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM F. ABRAMS,<br><br>                Plaintiff,<br><br>   v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>                Defendant. | CASE NO. C21-0980JLR<br><br>ORDER REGARDING CASE SCHEDULE |

Before the court is the parties' joint status report. (*See* JSR (Dkt. # 13).) This case involves a dispute over Plaintiff William F. Abrams's rights to long-term disability benefits under the Employee Retirement Income Security Act ("ERISA") and will be decided based on judicial review of the administrative record. (*See generally* Compl. (Dkt. # 1); *see also* JSR at 1-2.) Therefore, the action is exempt from initial disclosures under Federal Rule of Civil Procedure 26(a)(1)(B)(i). *See* Fed. R. Civ. P. 26(a)(1)(B)(i). Further, the parties represent that they do not intend to conduct any discovery or submit

ORDER - 1

any evidence other than the administrative record.  (JSR at 2.)  In their joint status report, the parties indicate that this matter will be ready by January 15, 2022, for a hearing on cross-dispositive motions based on the administrative record.  (*Id.* at 2.)

The court concludes that the pretrial deadlines contained in its standard scheduling order are largely inapplicable to this ERISA action based on the administrative record.  Accordingly, the court ORDERS the parties to confer and file a joint proposed case schedule for this matter, which includes the date by which the administrative record will be filed; a deadline for any motion to determine the applicable standard of review (*see* JSR at 2); and all other intermediate deadlines necessary for a hearing on cross-dispositive motions based on the administrative record on or after January 15, 2022.[1]  If the parties cannot agree on a proposed case schedule, they may submit their dueling proposals in the same document.  The parties shall file their proposed case schedule no later than 14 days from the filing date of this order.

Dated this 7th day of October, 2021.

JAMES L. ROBART
United States District Judge

---

[1] The court will set a date for oral argument on the cross-motions after briefing is complete.

ORDER - 2