THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM F. ABRAMS, | Case No. 2:21-cv-00980-JLR |
| Plaintiff, | |
| v. | **JOINT PROPOSED CASE SCHEDULE** |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, | |
| Defendant. | |

Pursuant to the Court's October 7, 2021 Order (Dkt. #14), the parties submit this joint proposed case schedule.

| | |
|---|---|
| Deadline for joining additional parties | November 15, 2021 |
| Deadline for amending pleadings | November 15, 2021 |
| Disclosure of expert testimony under FRCP 26(a)(2) | November 15, 2021 |
| Deadline for filing motions related to discovery | December 1, 2021 |
| Mediation will be held on | December 1, 2021 |
| Discovery completed and administrative record submitted by | December 24, 2021 |
| Dispositive motions must be filed on | January 14, 2022 |
| Agreed pretrial order due | March 18, 2022 |
| Pretrial conference to be scheduled by Court | |
| Trial briefs and proposed findings of fact and conclusions of law, designations of deposition | |

JOINT PROPOSED CASE SCHEDULE - 1
CASE NO. 2:21-CV-00980-JLR

100447.0203/8734057.1

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

| | | |
|---|---|---|
| 1 | testimony, and trial exhibits due | March 25, 2022 |
| 2 | Bench Trial Date | March 28, 2022 |
| 3 | Length of trial | 1 day |

Respectfully submitted this 21st day of October, 2021.

        SIRIANNI YOUTZ SPOONEMORE
        HAMBURGER PLLC

        By: *s/ Eleanor Hamburger*
        Eleanor Hamburger (WSBA #26478)
        Richard E. Spoonemore (WSBA #21833)
        3101 Western Avenue Suite 350
        Seattle, WA 98121
        Telephone: (206) 223-0303
        Facsimile: (206) 223-0246
        ehamburger@sylaw.com
        rspoonemore@sylaw.com

MEGAN E. GLOR ATTORNEYS AT LAW

        Megan E. Glor, *pro hac vice*
        707 NE Knott Street, Suite 101
        Portland, OR 97212
        Telephone: (503) 223-7400
        Facsimile: (503) 751-2071
        megan@meganglor.com

Attorneys for Plaintiff William F. Abrams

LANE POWELL PC

        By: s/ *D. Michael Reilly*
        D. Michael Reilly, WSBA # 14674
        Riley R. Moyer, WSBA # 56243
        ReillyM@LanePowell.com
        MoyerR@LanePowell.com

Attorneys for Defendant Unum Life Insurance Company of America

JOINT PROPOSED CASE SCHEDULE - 2
CASE NO. 2:21-CV-00980-JLR

100447.0203/8734057.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107