|  |  |
|---|---|
| WILLIAM F. ABRAMS,<br><br>                    Plaintiff,<br><br>    v.<br><br>UNUM LIFE INSURANCE<br>COMPANY OF AMERICA,<br><br>                    Defendant. | CASE NO. C21-0980JLR<br><br>ORDER REGARDING JOINT<br>PROPOSED CASE SCHEDULE |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

Before the court is the parties' joint proposed case schedule submitted in response to the court's October 7, 2021 order. (Prop. Sched. (Dkt. # 15); 10/7/21 Order (Dkt. # 14).) Because the pretrial deadlines contained in its standard scheduling order are largely inapplicable to this ERISA action based on the administrative record (*see* 10/7/21 Order at 2), the court ordered the parties to file

> a joint proposed case schedule . . . which includes the date by which the administrative record will be filed; a deadline for any motion to determine the applicable standard of review . . . ; and all other intermediate deadlines

ORDER - 1

       necessary for a hearing on cross-dispositive motions based on the administrative record on or after January 15, 2022

(*Id.* (citing JSR (Dkt. # 13) at 2).)  The court stated it would set a date for oral argument on the cross-motions after briefing is complete.  (*Id.* n.1.)

       The parties now propose to set the deadline for filing motions related to discovery on December 1, 2021; the discovery completion and administrative record submission date on December 24, 2021; the dispositive motions deadline on January 14, 2022; and a bench trial on March 28, 2022.[1]  (*See* Prop. Sched. at 1-2.)  These dates do not comply with the court's October 7, 2021 order or its scheduling practices.  First, the proposed discovery motions deadline leaves only 23 days before the proposed discovery completion deadline of December 24, 2021.  The court typically provides 30 days between the discovery motions deadline and the discovery completion time to allow adequate time for the court to decide any discovery motions and for the parties to act on the court's discovery orders before the discovery completion deadline.  Second, the court did not ask the parties to propose a trial date (*see generally* 10/7/21 Order), and the court is not currently available for trial in March 2022.  Third, even if the court did request a trial date, the proposed dispositive motions deadline leaves only 63 days before the parties' proposed March 28, 2022 trial date.  The court's schedule generally provides approximately 90 days between the deadline for filing dispositive motions and the trial date to take into account (a) an approximate 30-day lag between the date a party files a

---

[1] The parties have not proposed a deadline for filing motions to determine the applicable standard of review.  (*See* 10/7/21 Order at 2 (citing JSR at 2).)  Accordingly, the court presumes that the parties do not plan to file such motions.

motion and the date that motion becomes ripe for the court's consideration, *see* Local Rules W.D. Wash. LCR 7(d)(3); and (b) an additional 30 days during which the court endeavors to rule on the motion, *id*. LCR 7(b)(5).  This schedule then leaves the parties with (c) approximately 30 days after the court has ruled to consider the court's ruling and plan accordingly for trial or an alternate resolution.  Anything short of a 90-day period leaves inadequate time for these steps to unfold.

Accordingly, the court ADOPTS in part and REJECTS in part the parties' proposed schedule (Dkt. # 15).  The court DIRECTS the Clerk to set the discovery completion deadline on January 3, 2022, and the dispositive motions deadline on February 2, 2022, in accordance with the principles discussed above.  The court will set oral argument on the parties' cross-dispositive motions after briefing is complete.  (*See* 10/7/21 Order at 2 n.1).  In light of the parties' representation that this matter will likely be resolved on cross-dispositive motions based on the administrative record (*see* JSR at 2), the court reserves setting a bench trial date and related pretrial deadlines until after it issues its decision on the cross-dispositive motions.

Dated this 22nd day of October, 2021.

JAMES L. ROBART
United States District Judge

ORDER - 3