THE HONORABLE TANA LIN

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WILLIAM F. ABRAMS,

                              Plaintiff,

    v.

UNUM LIFE INSURANCE COMPANY OF
AMERICA,

                            Defendant.

Case No. 2:21-cv-00980-TL

**[PROPOSED] ORDER GRANTING
STIPULATED MOTION TO FILE
ADMINISTRATIVE RECORD
UNDER SEAL**

NOTED: December 29, 2021

THIS MATTER having come before the Court on the parties' Stipulated Motion to File the Administrative Record Under Seal, and the Court having found good cause and compelling reasons for the requested relief,

IT IS HEREBY ORDERED that the parties' Stipulated Motion to Jointly File the Administrative Record Under Seal is hereby GRANTED and Defendant may file the administrative record under seal.

It is so Ordered.

DATED:_____.

_____
HONORABLE TANA LIN
UNITED STATES DISTRICT JUDGE

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

1  *Presented by*:

2

3  SIRIANNI YOUTZ SPOONEMORE
   HAMBURGER PLLC

4  By: *s/ Eleanor Hamburger*
   Eleanor Hamburger (WSBA #26478)
5  Richard E. Spoonemore (WSBA #21833)
   3101 Western Avenue Suite 350
6  Seattle, WA 98121
   Telephone: (206) 223-0303
7  Facsimile: (206) 223-0246
   ehamburger@sylaw.com rspoonemore@sylaw.com
8
   MEGAN E. GLOR ATTORNEYS AT LAW
9
   Megan E. Glor, *pro hac vice*
10 707 NE Knott Street, Suite 101
   Portland, OR 97212
11 Telephone: (503) 223-7400
   Facsimile: (503) 751-2071
12 megan@meganglor.com

13 Attorneys for Plaintiff William F. Abrams

14 LANE POWELL PC

15 By: s/ *Riley R. Moyer*
   D. Michael Reilly, WSBA # 14674
16 Riley R. Moyer, WSBA # 56243
   ReillyM@LanePowell.com
17 MoyerR@LanePowell.com
   Attorneys for Defendant Unum Life Insurance Company of America
18

19

20

21

22

23

24

25

26

27

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO FILE
ADMINISTRATIVE RECORD UNDER SEAL - 2
CASE NO. 2:21-CV-00980-TL
100447.0203/8720553.1

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107