THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM F. ABRAMS, <br><br> Plaintiff, <br><br> v. <br><br> UNUM LIFE INSURANCE COMPANY OF AMERICA, <br><br> Defendant. | Case No. 2:21-cv-00980-TL <br><br> **DECLARATION OF RILEY R. MOYER IN SUPPORT OF STIPULATED MOTION TO FILE ADMINISTRATIVE RECORD UNDER SEAL** <br><br> NOTED: December 29, 2021 |

I, Riley R. Moyer, declare and state as follows:

I am an attorney with the law firm Lane Powell PC, which represents Unum Life Insurance Company of America ("Unum" or "Defendant") in this matter. I am a citizen of the United States, I am over the age of eighteen, I am competent to make this declaration, and I do so on the basis of personal knowledge.

1. In the capacity of my representation of Unum, I have reviewed the administrative record documenting the claims process in this case. It is over 4,000 pages long and contains extensive medical, business and financial records stretching back to 2019. Mr. Abrams' personally identifying information appears regularly throughout the record.

2. Many of these medical records are highly personal, and some reflect medical issues that are not relevant to the issues of this case; their public filing would serve only to harm and embarrass Mr. Abrams.

MOYER DECL. ISO STIPULATED MOTION TO FILE ADMINISTRATIVE RECORD UNDER SEAL - 1
CASE NO. 2:21-CV-00980-TL

100447.0203/8720558.1

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

3.  The administrative record contains information about Mr. Abrams' friends, family, and work colleagues.

4.  The above personal identifiers appear frequently throughout the unusually lengthy record and would require a painstaking redaction process. This would delay the filing of the record and constitute a great burden on Defendant.

5.  On December 28, 2021, I met and conferred with Plaintiff's counsel via e-mail and we jointly agreed that filing the record under seal is the best option in this case.

Executed this 29th day of December 2021 at Seattle, Washington.

By: s/ *Riley R. Moyer*
Riley R. Moyer, WSBA # 56243

MOYER DECL. ISO STIPULATED MOTION TO FILE
ADMINISTRATIVE RECORD UNDER SEAL - 2
CASE NO. 2:21-CV-00980-TL

100447.0203/8720558.1

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107