HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM F. ABRAMS, <br><br> Plaintiff, <br><br> v. <br><br> UNUM LIFE INSURANCE COMPANY OF AMERICA, <br><br> Defendant. | Case No. 2:21-cv-00980-TL <br><br> **NOTICE OF FILING PAPER OR PHYSICAL MATERIALS UNDER SEAL WITH THE CLERK** |

The following is being filed under seal in paper or physical form with the Clerk's Office for the Western District of Washington:

Two CD's entitled:

- Administrative Record Videos and Photographs, Volume 1 of 2
- Administrative Record Videos and Photographs, Volume 2 of 2

Please note, these CD's should be filed under seal per the Stipulated Motion to file Administrative Record Under Seal [Dkt. 17].

The items will remain in the Clerk's custody until appropriate Disposition pursuant to the Local Rules of the Western District of Washington.

/ / /

/ / /

NOTICE OF FILING PAPER OR PHYSICAL MATERIALS UNDER SEAL WITH THE CLERK - 1
CASE NO. 2:21-cv-00980-TL

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

100447.0203/8826541.1

1   DATED: January 7, 2022.

2                                       LANE POWELL PC

3

4

5                           By:   *s/ Riley R. Moyer*
                                  D. Michael Reilly, WSBA No. 14674
                                  reillym@lanepowell.com
6                                 Riley R. Moyer, WSBA No. 56243
                                  moyerr@lanepowell.com
7                                 1420 Fifth Avenue, Suite 4200
                                  P.O. Box 91302
8                                 Seattle, Washington 98111-9402
                                  Telephone:  206.223.7000
9

10                          Attorneys for Defendant Unum Life Insurance
                            Company of America
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

NOTICE OF FILING PAPER OR PHYSICAL
MATERIALS UNDER SEAL WITH THE CLERK - 2
CASE NO. 2:21-cv-00980-TL

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

100447.0203/8826541.1

**CERTIFICATE OF SERVICE**

I, Jennifer Endres, hereby certify under penalty of perjury under the laws of the United States and State of Washington that on January 7, 2022, I caused to be served a copy of the foregoing document and referenced CDs on the following person in the manner indicated below at the following address:

| | |
|---|---|
| Megan E. Glor<br>Megan E. Glor Attorneys at Law<br>707 NE Knott Street, Suite 101<br>Portland, OR 97212<br>P: 503.223.7400<br>F: 503.751.2071<br>Email:  megan@meganglor.com | ☒ by CM/ECF<br>☐ by Electronic Mail<br>☐ by Facsimile Transmission<br>☐ by First Class Mail<br>☐ by Hand Delivery<br>☒ by Overnight Delivery |

DATED this 7th day of January 2022.

_/s/ Jennifer Endres_
Jennifer Endres, Legal Assistant

NOTICE OF FILING PAPER OR PHYSICAL
MATERIALS UNDER SEAL WITH THE CLERK - 3
CASE NO. 2:21-cv-00980-TL

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

100447.0203/8826541.1