THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM F. ABRAMS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>　　　　Defendant. | Case No. 2:21-cv-00980-TL<br><br>**[PROPOSED]** **ORDER GRANTING STIPULATED MOTION TO FILE ADMINISTRATIVE RECORD UNDER SEAL**<br><br>NOTED: December 29, 2021 |

THIS MATTER having come before the Court on the parties' Stipulated Motion to File the Administrative Record Under Seal, and the Court having found good cause and compelling reasons for the requested relief,

IT IS HEREBY ORDERED that the parties' Stipulated Motion to Jointly File the Administrative Record Under Seal is hereby GRANTED, and Defendant may file the administrative record under seal.

It is so Ordered.

DATED: __1/13/2022_____

_[signature]_
HONORABLE TANA LIN
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO FILE ADMINISTRATIVE RECORD UNDER SEAL - 1
CASE NO. 2:21-CV-00980-TL
100447.0203/8720553.1

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

*Presented by*:

SIRIANNI YOUTZ SPOONEMORE
HAMBURGER PLLC

    By: *s/ Eleanor Hamburger*
    Eleanor Hamburger (WSBA #26478)
    Richard E. Spoonemore (WSBA #21833)
    3101 Western Avenue Suite 350
    Seattle, WA 98121
    Telephone: (206) 223-0303
    Facsimile: (206) 223-0246
    ehamburger@sylaw.com rspoonemore@sylaw.com

MEGAN E. GLOR ATTORNEYS AT LAW

    Megan E. Glor, *pro hac vice*
    707 NE Knott Street, Suite 101
    Portland, OR 97212
    Telephone: (503) 223-7400
    Facsimile: (503) 751-2071
    megan@meganglor.com

Attorneys for Plaintiff William F. Abrams

LANE POWELL PC

    By: s/ *Riley R. Moyer*
    D. Michael Reilly, WSBA # 14674
    Riley R. Moyer, WSBA # 56243
    ReillyM@LanePowell.com
    MoyerR@LanePowell.com
    Attorneys for Defendant Unum Life Insurance Company of America

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO FILE
ADMINISTRATIVE RECORD UNDER SEAL - 2
CASE NO. 2:21-CV-00980-TL

100447.0203/8720553.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107