THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM F. ABRAMS, | Case No. 2:21-cv-00980-TL |
| Plaintiff, | |
| v. | **(PROPOSED) JOINT STIPULATED BRIEFING SCHEDULE FOR DISPOSITIVE MOTIONS** |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, | |
| Defendant. | |

Pursuant to this Court's October 22, 2021 Scheduling Order (Dkt. #16), the Court will schedule a dispositive motion hearing date/oral argument once the Parties have completed briefing. The Parties conferred and agreed to propose to the Court this joint stipulation to the following briefing schedule, which accounts for counsel's unavailability:

- Dispositive motions will be filed on February 2, 2022.
- Oppositions will be filed on March 4, 2022.
- Reply briefs will be filed on March 11, 2022.

///
///
///
///
///
///

JOINT STIPULATED BRIEFING SCHEDULE FOR DISPOSITIVE MOTIONS - 1
CASE NO. 2:21-CV-00980-TL

100447.0203/8845156.1

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

Respectfully submitted this 28th day of January, 2022.

    SIRIANNI YOUTZ SPOONEMORE
    HAMBURGER PLLC

    By: *s/ Eleanor Hamburger*
       Eleanor Hamburger (WSBA #26478)
       Richard E. Spoonemore (WSBA #21833)
       3101 Western Avenue Suite 350
       Seattle, WA 98121
       Telephone: (206) 223-0303
       ehamburger@sylaw.com
       rspoonemore@sylaw.com

    MEGAN E. GLOR ATTORNEYS AT LAW

       Megan E. Glor, *pro hac vice*
       707 NE Knott Street, Suite 101
       Portland, OR 97212
       Telephone: (503) 223-7400
       megan@meganglor.com

Attorneys for Plaintiff William F. Abrams

LANE POWELL PC

By: s/ *D. Michael Reilly*
    D. Michael Reilly, WSBA # 14674
    Riley R. Moyer, WSBA # 56243
    ReillyM@LanePowell.com
    MoyerR@LanePowell.com
Attorneys for Defendant Unum Life Insurance Company of America

JOINT STIPULATED BRIEFING SCHEDULE FOR DISPOSITIVE
MOTIONS - 2
CASE NO. 2:21-CV-00980-TL

100447.0203/8845156.1

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107