UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM F. ABRAMS, | CASE NO. 2:21-cv-00980-TL |
| Plaintiff, | MINUTE ORDER |
| v. | |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, | |
| Defendant. | |

The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

(1) Pursuant to the Parties' Joint Stipulated Briefing Schedule for Dispositive Motions, Dkt. No. 23, the following briefing deadlines are SET for any dispositive motions:

| | |
|---|---|
| Dispositive motions filed by | February 2, 2022 |
| Opposition briefs filed by | March 4, 2022 |
| Reply briefs filed by | March 11, 2022 |

(2) The Clerk is directed to forward a copy of this Order to all counsel of record.

MINUTE ORDER - 1

1 | Dated this 1st day of February, 2022.

                                              s/ Ravi Subramanian
                                              Clerk of the Court

                                              s/ Kadya Peter
                                              Deputy Clerk

MINUTE ORDER - 2