THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM F. ABRAMS, <br><br> Plaintiff, <br><br> v. <br><br> UNUM LIFE INSURANCE COMPANY OF AMERICA, <br><br> Defendant. | Case No. 2:21-cv-00980-TL <br><br> **[PROPOSED] ORDER GRANTING DEFENDANT UNUM LIFE INSURANCE COMPANY OF AMERICA'S RULE 52 MOTION FOR JUDGMENT ON THE RECORD** <br><br> NOTE ON MOTION CALENDAR: MARCH 11, 2022 <br><br> ORAL ARGUMENT REQUESTED |

Before the Court is Defendant Unum Life Insurance Company of America's Rule 52 Motion for Judgment on the Record. This ERISA action for long-term disability benefits was considered on _____, 2022 on a bench trial on the record with oral argument by counsel. For reasons set forth in this Court's forthcoming findings of fact and conclusions of law, the Court **concludes** that Plaintiff William F. Abrams is not disabled under the terms of the ERISA disability plan in question and **enters** judgment on behalf of Defendant Unum.

//

//

//

//

//

//

[PROPOSED] ORDER GRANTING DEFENDANT'S RULE 52 MOTION FOR JUDGMENT ON THE RECORD
CASE NO. 2:21-CV-00980-TL

100447.0203/8849386.1

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

**IT IS THEREFORE ORDERED, DECREED, AND ADJUDGED**:

1. Defendant's Rule 52 Motion for Judgment on the Record is **GRANTED**.

2. Judgment is **ENTERED** on behalf of Defendant Unum.

**IT IS SO ORDERED**. The Clerk of Court shall **FILE** this order, **FORWARD** copies to counsel, **ENTER** judgment, and **CLOSE** the case.

DATED THIS \_\_\_\_ DAY OF _____ , 2022

_____
The Honorable Tana Lin
United States District Judge

*PRESENTED BY:*

LANE POWELL PC

By *<u>/s/D. Michael Reilly</u>*
    D. Michael Reilly, WSBA # 14674
    Riley R. Moyer, WSBA # 56243
    ReillyM@LanePowell.com
    MoyerR@LanePowell.com
    Attorneys for Defendant Unum Life Insurance
    Company of America

[PROPOSED] ORDER GRANTING DEFENDANT'S RULE 52 MOTION
FOR JUDGMENT ON THE RECORD
CASE NO. 2:21-CV-00980-TL

100447.0203/8849386.1

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107