THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM F. ABRAMS,<br><br>               Plaintiff,<br>    v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>               Defendant. | Case No. 2:21-cv-00980-TL<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR JUDGMENT PURSUANT TO FED. R. CIV. PRO. 52(a)** |

This matter comes before the Court based upon Plaintiff's Motion to For Judgment Pursuant to Fed. R. Civ. Pro. 52(a). The Court has reviewed and considered the motion and the pleadings in this matter, including:

1. Plaintiff's Motion for Judgment Pursuant to Fed. R. Civ. Pro. 52(a);

2. Declaration of Megan E. Glor dated February 2, 2022 and all exhibits;

3. The record for judicial review (Dkt. #19 and #20);

4. Defendant's response in opposition to the motion, if any, and all declarations and exhibits filed in support of the response;

5. Plaintiff's reply in support of the motion, and all declarations and exhibits filed in support of the reply;

6. _____; and

[PROPOSED] Order Granting Plaintiff's Motion For Judgment Pursuant to Fed. R. Civ. Pro. 52(a)
(No. 2:21-cv-00980-TL)
Page 1 of 2

Megan E. Glor, Attorneys at Law
707 NE Knott Street, Suite 101
Portland, OR 97212
503-223-7400

7. The records and pleadings in this matter.

Based upon the foregoing, IT IS ORDERED THAT Plaintiff's Motion For Judgment Pursuant to Fed. R. Civ. Pro. 52(a) is granted. Defendant is ordered to approve and pay Plaintiff's long-term disability claim to the present.

IT IS FURTHER ORDERED, pursuant to 29 U.S.C. § 1132(a)(1)(B), that, subject to the terms and conditions of the long-term disability policy, Defendant continue to pay Plaintiff's long-term disability claim to the policy's maximum period of payment absent a showing of improvement such that a reasonable physician would conclude that plaintiff can return to work in his regular occupation, without undue disruptions or absences due to his illness and its related symptoms.

_____
Tana Lin
United States District Judge

Presented by:

MEGAN E. GLOR, ATTORNEYS AT LAW
*s/ Megan E. Glor*
Megan E. Glor, (OSB #930178) (*pro hac vice*)
707 NE Knott Street, Suite 101
Portland, OR 97212
Telephone: (503) 223-7400
Email: megan@meganglor.com

[PROPOSED] Order Granting Plaintiff's Motion For
Judgment Pursuant to Fed. R. Civ. Pro. 52(a)
(No. 2:21-cv-00980-TL)
Page 2 of 2

Megan E. Glor, Attorneys at Law
707 NE Knott Street, Suite 101
Portland, OR  97212
503-223-7400