# Exhibit A



**Megan Glor <megan@meganglor.com>**

## Abrams v. Unum: JSR with PL edits

**Moyer, Riley R.** <MoyerR@lanepowell.com>    Wed, Dec 29, 2021 at 3:24 PM
To: Megan Glor <megan@meganglor.com>
Cc: Ele Hamburger <ele@sylaw.com>, "Reilly, D. Michael" <ReillyM@lanepowell.com>, Rick Spoonemore <rick@sylaw.com>, "Foster, Shanynn" <FosterS@lanepowell.com>

Hi Megan,

Here is a link to the administrative record: https://files.lppc.com/fs/v.aspx?v=896d6988599ea5baaa9e and here is the access password: 211229AbramsAR

We will proceed with submitting it on Tuesday given that our office is closed on Monday.

[Quoted text hidden]
[Quoted text hidden]

Exhibit A
Page 1 of 1