# Exhibit C

2/1/22, 12:14 PM
Megan E. Glor, Attorneys at Law Mail - Abrams v. Unum: JSR with PL edits



**Megan Glor <megan@meganglor.com>**

## Abrams v. Unum: JSR with PL edits

**Moyer, Riley R.** <MoyerR@lanepowell.com>  Tue, Jan 4, 2022 at 12:23 PM
To: Megan Glor <megan@meganglor.com>
Cc: Ele Hamburger <ele@sylaw.com>, "Reilly, D. Michael" <ReillyM@lanepowell.com>, Rick Spoonemore <rick@sylaw.com>, "Foster, Shanynn" <FosterS@lanepowell.com>, "Endres, Jennifer" <EndresJ@lanepowell.com>

Megan,

Thank you for your response. You complain that there are copies of the same documents in the record but as you know multiple copies may occur as records and copies of records or documents are received and added to the record. Accordingly we cannot delete or rearrange the administrative record to meet your specific desires.

To the extent you claim records are missing, please let us know what records you believe are missing and we will review. You mentioned that CDs or videos may be missing and we will review and supplement. We received the record at Lane Powell electronically. Photos and videos may be accessed in a different medium, and we will update you on our review of this.

We will submit the record as-is today, and then submit the electronic files you mentioned as soon as we locate them.

Regarding the redacted records, we will remove the redactions from 1188-1203.

[Quoted text hidden]
[Quoted text hidden]