THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM F. ABRAMS,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>　　　　　Defendant. | Case No. 2:21-cv-00980-TL<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO SEAL DISPOSITIVE MOTIONS, RESPONSES AND REPLIES** |

THIS MATTER having come before the Court on Plaintiff's Motion to Seal, and the Court having found good cause and compelling reasons for the requested relief, this motion is GRANTED.  IT IS HEREBY ORDERED that the parties' motions for judgment pursuant to Rule 52 (Dkt. #25 and #26) be sealed and that the parties file their responses and replies with regard to these motions under seal.

　　　　It is so Ordered.

　　　　DATED: _____

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　HONORABLE TANA LIN
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

[Proposed] Order Granting Plaintiff's Motion to Seal
(No. 2:21-cv-00980-TL)
Page 1 of 2

Megan E. Glor, Attorneys at Law
707 NE Knott Street, Suite 101
Portland, OR  97212
503-223-7400

*Presented by:*

<u>s/ Megan E. Glor</u>
Megan E. Glor, OSB #930178 (*pro hac vice*)
Megan E. Glor, Attorneys at Law
707 NE Knott Street, Suite 101
Portland, OR 97212
Telephone: (503) 223-7400
Email: megan@meganglor.com

[Proposed] Order Granting Plaintiff's Motion to Seal
(No. 2:21-cv-00980-TL)
Page 2 of 2

Megan E. Glor, Attorneys at Law
707 NE Knott Street, Suite 101
Portland, OR 97212
503-223-7400