THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM F. ABRAMS,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>　　　　　　Defendant. | Case No. 2:21-cv-00980-TL<br><br>**DECLARATION OF MEGAN E. GLOR IN SUPPORT OF PLAINTIFF'S MOTION TO SEAL DISPOSITIVE MOTIONS, RESPONSES AND REPLIES** |

I, Megan E. Glor, hereby declare that the following statements are true and based upon personal knowledge:

1. I am one of the lawyers representing Plaintiff William F. Abrams in this case.

2. On February 3, 2022 and February 4, 2022, I conferred in good faith with Michael Reilly, counsel for Defendant Unum, by email. Mr. Reilly informed me that Unum does not oppose this motion to seal the parties' dispositive motions (Dkt. #25 and #26) and related briefs.

/ / / /

Declaration of Megan Glor
(No. 2:21-cv-00980-TL)
Page 1 of 2

Megan E. Glor, Attorneys at Law
707 NE Knott Street, Suite 101
Portland, OR  97212
503-223-7400

DATED: February 4, 2022, at Portland, Oregon.

<u>s/ Megan E. Glor</u>
Megan E. Glor, (OSB #930178) (*pro hac vice*)
707 NE Knott Street, Suite 101
Portland, OR 97212
Telephone: (503) 223-7400
Email: megan@meganglor.com

Declaration of Megan Glor
(No. 2:21-cv-00980-TL)
Page 2 of 2

Megan E. Glor, Attorneys at Law
707 NE Knott Street, Suite 101
Portland, OR  97212
503-223-7400