| | |
|---|---|
| **Subject:** | FW: Abrams v. Unum Life Insurance Company, Case No. 2:21-cv-00980-TL Defendant's Reply In Support of Rule 52 Motion for Judgment on the Record and Motion to Strike |
| **Attachments:** | 21-cv-00980 TL Abrams v. Unum - Def's Reply ISO Motion for Judgment on the Record and Motion to Strike.pdf |

**From:** Endres, Jennifer <EndresJ@LanePowell.com>
**Sent:** Friday, March 11, 2022 7:07 PM
**To:** WAWDdb_COOPFilings <filing@wawd.uscourts.gov>
**Cc:** megan@meganglor.com; robert@meganglor.com; ehamburger@sylaw.com; rspoonemore@sylaw.com; matt@sylaw.com; stacy@sylaw.com; theresa@sylaw.com; Moyer, Riley R. <MoyerR@LanePowell.com>; Reilly, D. Michael <ReillyM@LanePowell.com>; Foster, Shanynn <FosterS@LanePowell.com>; Docketing <Docketing@LanePowell.com>
**Subject:** Abrams v. Unum Life Insurance Company, Case No. 2:21-cv-00980-TL Defendant's Reply In Support of Rule 52 Motion for Judgment on the Record and Motion to Strike

**CAUTION - EXTERNAL:**

Pursuant to the outage of the CM/ECF system, attached for filing in *Abrams v. Unum Life Insurance Company*, Case No. 2:21-cv-00980-TL, is Defendant's Reply in Support of Rule 52 Motion for Judgment on the Record and Motion to Strike. All counsel of record has been copied on this email.

Jen Endres

**JENNIFER L. ENDRES (She/Her)**
Legal Assistant to
Sean D. Jackson | Michael T. Kitson | Riley R. Moyer
**D** 206.223.7128
**C** 206.595.2722
**LANEPOWELL.COM**

This message is private or privileged. If you are not the person for whom this message is intended, please delete it and notify me immediately, and please do not copy or send this message to anyone else.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.