| | |
|---|---|
| **Subject:** | FW: Abrams v. Unum Life Ins. Co., Case No. 2:21-cv-00980-TL Plaintiff's Reply In Suppt. of PL Motion for Judgment, Second Supp. Decl. of Megan Glor, Ex A, Ex B |
| **Attachments:** | 2-21-cv-00980-TL_PL Reply_Abrams v Unum.pdf; 2-21-cv_00980-TL_Glor 2nd Supp Decl_Abrams v. Unum.pdf; 2-21-cv_00980-TL_Ex A_Glor 2nd Supp Decl_Abrams v. Unum.pdf; 2-21-cv_00980-TL_Ex B_Glor 2nd Supp Decl_Abrams v. Unum.pdf |

**From:** Megan Glor <megan@meganglor.com>
**Sent:** Friday, March 11, 2022 8:22 PM
**To:** WAWDdb_COOPFilings <filing@wawd.uscourts.gov>
**Cc:** Reilly, D. Michael <reillym@lanepowell.com>; Foster, Shanynn <FosterS@lanepowell.com>; Moyer, Riley R. <MoyerR@lanepowell.com>; Endres, Jennifer <EndresJ@lanepowell.com>; Ele Hamburger <Ele@sylaw.com>; Matt Terry <Matt@sylaw.com>; Stacy Hoffman <Stacy@sylaw.com>; Theresa Redfern <Theresa@sylaw.com>; Rick Spoonemore <Rick@sylaw.com>; rspoonemore@sylaw.com; docketing-sea@lanepowell.com; Robert Turlington <robert@meganglor.com>
**Subject:** Abrams v. Unum Life Ins. Co., Case No. 2:21-cv-00980-TL Plaintiff's Reply In Suppt. of PL Motion for Judgment, Second Supp. Decl. of Megan Glor, Ex A, Ex B

**CAUTION - EXTERNAL:**

Attached for filing in *Abrams v. Unum Life Insurance Company*, Case No. 2:21-cv-00980-TL, are (1) Plaintiff's Reply in Plaintiff's Support of Motion for Judgment (Dkt. #30-1) and Second Supplemental Declaration of Megan E. Glor in Support, with Exhibits A and B.

All counsel of record are copied on this email.

Sincerely,

Megan Glor

**Megan E. Glor Attorneys at Law**
**707 NE Knott Street, Suite 101**
**Portland, OR  97212**
**Telephone: (503) 751-2064 (direct)**
**Telephone: (503) 223-7400 (office)**
**Fax:  (503) 751-2071**
megan@meganglor.com

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.