THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM F. ABRAMS,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>　　　　　　Defendant. | Case No. 2:21-cv-00980-TL<br><br>**PLAINTIFF'S NOTICE OF SUR-REPLY** |

　　　Pursuant to LCR 7(g), Plaintiff William F. Abrams provides notice of intent to file a sur-reply to Defendant's Motion To Strike (Dkt. #35, pp. 2-3) by Friday, March 18, 2022.

　　　DATED:  March 14, 2022

　　　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　　s/ Megan E. Glor
　　　　　　　　　　　　　　　　　　　　　　　Megan E. Glor, OSB #930178 (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　　　Megan E. Glor, Attorneys at Law
　　　　　　　　　　　　　　　　　　　　　　　707 NE Knott Street, Suite 101
　　　　　　　　　　　　　　　　　　　　　　　Portland, OR 97212
　　　　　　　　　　　　　　　　　　　　　　　Telephone: (503) 223-7400
　　　　　　　　　　　　　　　　　　　　　　　Email: megan@meganglor.com