THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM F. ABRAMS,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>　　　　　　　　Defendant. | Case No. 2:21-cv-00980-TL<br><br>**DEFENDANT'S NOTICE OF INTENT TO FILE SURREPLY STRIKING MATERIALS FROM PLAINTIFF'S REPLY**<br><br>**NOTE ON MOTION CALENDAR**:<br>MARCH 11, 2022<br><br>**ORAL ARGUMENT REQUESTED** |

Pursuant to LCR 7(g)(1), Defendant Unum Life Insurance Company of America hereby provides notice of its intent to file a Surreply to strike materials from Plaintiff's Reply: Exhibit A to Megan E. Glor's Second Supplemental Declaration. *See* Dkt. # 37.

DATED: March 14, 2022

LANE POWELL PC

By:　/s/ D. Michael Reilly
　　D. Michael Reilly, WSBA No. 14674
　　Riley R. Moyer, WSBA No. 56243
　　reillym@lanepowell.com
　　moyerr@lanepowell.com
Attorneys for Defendant Unum Life Insurance Company of America

DEFENDANT'S NOTICE OF INTENT TO FILE SURREPLY STRIKING MATERIALS FROM PLAINTIFF'S REPLY - 1
CASE NO. 2:21-cv-00980-TL
100447.0203/8918263.2

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107