THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WILLIAM F. ABRAMS,

               Plaintiff,

    v.

UNUM LIFE INSURANCE COMPANY
OF AMERICA,

              Defendant.

Case No. 2:21-cv-00980-TSZ

[PROPOSED]
ORDER GRANTING EXTENSION OF
DEADLINES FOR THE FILING OF
PLAINTIFF'S PROPOSED FORM OF
JUDGMENT AND MOTION FOR
ATTORNEY FEES AND COSTS

THIS MATTER having come before the Court upon the parties' JOINT

STIPULATED MOTION FOR EXTENSION OF OF DEADLINES FOR THE FILING OF

PLAINTIFF'S PROPOSED FORM OF JUDGMENT AND MOTION FOR ATTORNEY

FEES AND COSTS and the Court having considered the motion and pleadings, and it

appearing to be in the best interest of the case, therefore, IT IS HEREBY ORDERED that

the parties' Motion is GRANTED.  The Plaintiff shall file the Proposed Form of

Megan E. Glor, Attorneys at Law
707 NE Knott Street, Suite 101
Portland, OR  97212
503-223-7400

Judgment and Motion for Attorney Fees and Costs before or on January 17, 2023.

Dated this ___ day of January, 2023.

_____
Thomas S. Zilly
United States District Judge

Presented by,

**SIRIANNI YOUTZ SPOONEMORE HAMBURGER, PLLC**
s/ Eleanor Hamburger
Eleanor Hamburger, WSBA No. 26478
ehamburger@sylaw.com
3101 Western Avenue, Suite 350
Seattle, WA 98121
Telephone: 206-223-0303
Fax: 206-223-0246

**MEGAN E. GLOR, ATTORNEYS AT LAW**
s/ Megan E. Glor
Megan E. Glor, OSB #930178
(admitted *pro hac vice*)
707 NE Knott Street, Suite 101
Portland, OR  97212
Telephone: 503-223-7400
Fax: 503-751-2071

*Of Attorneys for Plaintiff*

**LANE POWELL, P.C.**
s/ D. Michael Reilly
D. Michael Reilly, WSBA No. 14674
1420 Fifth Ave., Suite 4200
Seattle, WA  98101
Telephone: 206-223-7051
Fax: 206-223-7107

*Of Attorneys for Defendant*

Page 2 -ORDER GRANTING EXTENSION OF DEADLINES
FOR THE FILING OF PLAINTIFF'S PROPOSED FORM OF
JUDGMENT AND MOTION FOR ATTORNEY FEES AND
COSTS
(No- 2:21-cv-00980-TSZ)

Megan E. Glor, Attorneys at Law
707 NE Knott Street, Suite 101
Portland, OR  97212
503-223-7400