THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM F. ABRAMS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>　　　　Defendant. | Case No. 2:21-cv-00980-TSZ<br><br>[Proposed] ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND COSTS PURSUANT TO ERISA, 29 U.S.C. § 1132(g)(1) |

THIS MATTER having come before the Court on Plaintiff's Motion For Attorney's Fees And Costs Pursuant To ERISA, 29 U.S.C. § 1132(g)(1), and the Court having found good cause and compelling reasons for the requested relief, this motion is GRANTED.

IT IS HEREBY ORDERED that defendants shall pay plaintiff's attorneys fees in the amount of $228,085.00 and costs in the amount of $2,353.75, for a total of $230,438.75.

It is so Ordered.

Dated: _____                    _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

(PROPOSED) ORDER ORDER GRANTING PLAINTIFF'S
MOTION FOR ATTORNEY'S FEES AND COSTS
PURSUANT TO ERISA, 29 U.S.C. § 1132(g)(1)
(No. 2:21-cv-00980-TSZ)

Megan E. Glor, Attorneys at Law
707 NE Knott Street, Suite 101
Portland, OR  97212
503-223-7400

*Presented by*:

**SIRIANNI YOUTZ SPOONEMORE HAMBURGER, PLLC**
*s/ Eleanor Hamburger*
Eleanor Hamburger, WSBA No. 26478
Richard E. Spoonemore, WSBA #21833
3101 Western Avenue, Suite 350
Seattle, WA 98121
Telephone: 206-223-0303
Fax: 206-223-0246

**MEGAN E. GLOR ATTORNEYS AT LAW, PC**
*s/ Megan E. Glor*
Megan E. Glor, OSB #930178
(admitted *pro hac vice*)
707 NE Knott Street, Suite 101
Portland, OR 97212
Telephone: 503-223-7400
Fax: 503-751-2071

Attorneys for Plaintiff William F. Abrams

(PROPOSED) ORDER ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND COSTS PURSUANT TO ERISA, 29 U.S.C. § 1132(g)(1) (No. 2:21-cv-00980-TSZ)

Megan E. Glor, Attorneys at Law
707 NE Knott Street, Suite 101
Portland, OR 97212
503-223-7400