THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM F. ABRAMS, <br><br> Plaintiff, <br><br> v. <br><br> UNUM LIFE INSURANCE COMPANY OF AMERICA, <br><br> Defendant. | Case No. 2:21-cv-00980-TSZ <br><br> DECLARATION OF LISA S. KANTOR IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND COSTS |

I, Lisa S. Kantor, declare under penalty of perjury and in accordance with the laws of the State of California that I have personal knowledge of the following facts and, if called as a witness, I could and would testify competently to the following:

1. I am an attorney duly licensed to practice law before all state and federal courts in the State of California and the Ninth Circuit Court of Appeals.

2. In 1990, I became a partner at Quinn, Kully and Morrow. I left that firm in 1995 to work as a Senior Judicial Attorney for the Honorable Justice Miriam A. Vogel, Court of Appeal, Second

DECLARATION OF LISA S. KANTOR IN SUPPORT OF
PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND COSTS
Page 1 of 3
(No. 2:21-cv-00980-TSZ)

Megan E. Glor, Attorneys at Law
707 NE Knott Street, Suite 101
Portland, OR 97212
503-223-7400

Appellate District. In 1997, I became a solo practitioner, and began to focus on ERISA litigation. In 2004, my husband, Glenn R. Kantor, and I formed Kantor & Kantor LLP. We are a well-known, well-respected law firm, with a national reputation for benefits litigation of ERISA-governed claims, which constitutes a majority of the firm's work.

3. I consider myself an ERISA specialist. In the last several years, I have been appellate and/or trial counsel for the plaintiff(s) in a number of published ERISA cases, including *Ariana M. v. Humana Health Plan of Texas, Inc.*, 884 F.3d 246 (5th Cir. 2018); *Harlick v. Blue Shield of California,* 686 F.3d 699, 703 (9th Cir. 2012), *cert. denied,* 133 S. Ct. 1492 (2013); *Pacific Shores Hosp. v. United Behavioral Health*, 764 F.3d 1030 (9th Cir. 2014); *Shane v. Albertson's Inc.*, 504 F.3d 1166 (9th Cir. 2007); *Opeta v. Northwest Airlines Pension Plan for Contract Employees*, 484 F.3d 1211 (9th Cir. 2007); *Welch v. Metropolitan Life Ins. Co.*, 480 F.3d 942 (9th Cir. 2007); *Martinez v. The Beverly Hills Hotel and Bungalows Employee Benefit Trust Employee Welfare Plan*, 695 F. Supp. 2d 1085 (C.D. Cal. 2010); *Silk v. Metropolitan Life Ins. Co.*, 477 F. Supp. 2d 1088 (C.D. Cal. 2007); *Bowen v. Consolidated Electrical Distributors, Inc. Employee Welfare Benefit Plan*, 461 F. Supp. 2d 1179 (C.D. Cal. 2006); and *Thompkins v. BC Life & Health Ins. Co.*, 414 F. Supp. 2d 953 (C.D. Cal. 2006). In addition, I have handled hundreds of ERISA benefits cases, the vast majority of which settled prior to judgment.

4. ERISA is a very involved area of the law. The cases are extremely factually involved, which makes them *extraordinarily* time-consuming to litigate. To perform adequately in this area, an ERISA attorney is required to keep on top of the law at all times.

5. I have known Megan Glor professionally for approximately 20 years. I know her to be an excellent ERISA claimant's lawyer and to have an excellent reputation nationally among ERISA claimants' lawyers. We have twice since Summer 2019 referred to Ms. Glor ERISA-governed

DECLARATION OF LISA S. KANTOR IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND COSTS
Page 2 of 3
(No. 2:21-cv-00980-TSZ)

Megan E. Glor, Attorneys at Law
707 NE Knott Street, Suite 101
Portland, OR 97212
503-223-7400

cases that we could not file in California for litigation because we are familiar with her excellent work and reputation. In addition, based upon her excellent work and reputation, my law firm engaged Ms. Glor to serve as our local counsel in Oregon in two state-law governed civil actions to recover medical benefits, *Bennett v. Public Employees Benefit Board*, Marion County Circuit Court Case No. 14C11670, and *McIver v. Public Employees Benefit Board*, Marion County Circuit Court Case No. 14C11670.

6. I am aware Ms. Glor requests to be compensated for her work in this case at the hourly rate of $715. In my professional opinion, Ms. Glor's requested hourly rate of $715 is entirely reasonable, given her more than 25 years of ERISA expertise, excellent results, as set forth in her declaration, and reputation nationally among ERISA experts in this field.

Dated this 11th day of January, 2023, at Northridge, California.

s/ Lisa S. Kantor
Lisa S. Kantor, CA Bar No. 110678
Kantor & Kantor LLP,
19839 Nordhoff St.
Northridge, CA 91324
Tel: (877) 220-0566
Email: lkantor@kantorlaw.net

DECLARATION OF LISA S. KANTOR IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND COSTS
Page 3 of 3
(No. 2:21-cv-00980-TSZ)

Megan E. Glor, Attorneys at Law
707 NE Knott Street, Suite 101
Portland, OR  97212
503-223-7400