THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM F. ABRAMS,<br><br>        Plaintiff,<br><br>  v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>        Defendant. | Case No. 2:21-cv-00980-TSZ<br><br>DECLARATION OF MICHELLE L. ROBERTS IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND COSTS |

I, Michelle L. Roberts, declare:

1.  I am an attorney licensed to practice in the States of California and Illinois, as well as before the Fourth, Sixth, and Ninth Circuit Courts of Appeals, and the U.S. Supreme Court. I make this declaration in support of Plaintiff's Motion for Attorneys' Fees upon my personal knowledge and, if called as a witness, would competently testify thereto.

2.  I am the founding principal of Roberts Disability Law, P.C. as of February 15, 2021. Prior to starting Roberts Disability Law, P.C. from March 1, 2018 to February 12, 2021, I was a partner in Kantor & Kantor LLP, a California-based law firm that handles mostly ERISA claims for benefits on the plaintiff's side. Prior to merging with Kantor & Kantor in March 2018,

DECL. OF MICHELLE L. ROBERTS IN SUPPORT OF PLAINTIFF'S
MOTION FOR ATTORNEY'S FEES AND COSTS
Page 1 of 7
(No. 2:21-cv-00980-TSZ)

Megan E. Glor, Attorneys at Law
707 NE Knott Street, Suite 101
Portland, OR 97212
503-223-7400

I was the founding partner of Roberts Bartolic LLP and have practiced almost exclusively in the area of employee benefits litigation (ERISA), advice, and consulting since passing the California bar exam in 2005.  From 2005 through 2007, I worked as an associate attorney at the law firm of Lewis, Feinberg, Lee, Renaker & Jackson, P.C., an Oakland law firm that focused primarily on class action employment, employee benefits, and civil rights litigation.  From 2008 through June, 2016, I was a founding partner in Springer & Roberts LLP.  In general, almost my entire practice is devoted to representing individual employee benefit plan participants and beneficiaries in claims for benefits.

3. I am a frequent speaker on ERISA litigation, including, most recently, at the 46th Annual TIPS Midwinter Symposium on Insurance and Employee Benefits, Austin, TX (Attorney's Fees in ERISA Litigation, January 2020); the 45th Annual TIPS Midwinter Symposium on Insurance and Employee Benefits, Coral Gables, FL (ERISA Hot Topics, January 2019); a CLE of the California Employment Lawyers Association (What Every Employment Lawyer Should Know About Employee Benefits, September 2018); and the the 14th National Forum on ERISA Litigation (Ethics and The Fiduciary Exception to Attorney-Client Privilege, March 2017).

4. I am a co-author of the numerous articles regarding ERISA-governed benefits and claims, including, most recently, the ABA's ERISA Survey of the Federal Circuits (2021); author of the article, "When Does Insurance for Single-person Business Owners Become an ERISA Plan," ABA TIPS Employee Benefits Committee (April 2021); Senior Editor, EMPLOYEE BENEFITS LAW (Bloomberg BNA), Ch. 14: Issues Unique to HealthCare, Disability, and Other Welfare Benefit Plans & Ch. 20: Ethics, Privilege, and Related Concerns Unique to the Practice

DECL. OF MICHELLE L. ROBERTS IN SUPPORT OF PLAINTIFF'S
MOTION FOR ATTORNEY'S FEES AND COSTS
Page 2 of 7
(No. 2:21-cv-00980-TSZ)

Megan E. Glor, Attorneys at Law
707 NE Knott Street, Suite 101
Portland, OR  97212
503-223-7400

of Benefits Law (2018 and 2019 Supplements); Author, "ERISA Remedies," American Association for Justice Newsletter; July 2017; and Author, ERISA LITIGATION, Sixth Edition; Ch. 17: Personal Jurisdiction & Ch. 26: Disability Benefit Claims (BNA) (BNA 2016 Supplement). I have also authored numerous columns for the Los Angeles/San Francisco Daily Journal regarding current ERISA issues over the past 10 years.

5.  I have authored the following amicus curiae briefs: Brief of Amicus Curiae United Policyholders In Support of Plaintiff-Appellant's Petition for Rehearing En Banc in the matter of *Upadhyay v. Aetna Life Ins. Co.*, No. 14-15420 (9th Cir.); Brief of Amicus Curiae United Policyholders In Support of Plaintiff-Appellant in the matter of *Russell v. Catholic Healthcare Partners Employee Long Term Disability Plan; Unum Life Insurance Company of America*, No. 13-4084 (6th Cir.); Brief of Amicus Curiae United Policyholders In Support of Plaintiff-Appellant in the matter of *Upadhyay v. Aetna Life Ins. Co.*, No. 14-15420 (9th Cir.); Brief of United Policyholders, as Amicus Curiae, in Support of Petitioner in *Heimeshoff v. Hartford Life & Accident Insurance Co.*, 2013 WL 3458161 (U.S.) (Appellate Brief); co-author of the brief amicus curiae of the National Employment Lawyers Association in *LaRue v. DeWolff, Boberg & Associates, Inc., et al.*, 127 S.Ct. 2971 (2007) (brief available at 2007 WL 2287651).

6.  My notable employee benefit decisions include: *Hamid v. Metro. Life Ins. Co.*, 517 F. Supp. 3d 903 (N.D. Cal. 2021); *Chacko v. AT&T Umbrella Benefit Plan No. 3*, 2020 WL 1984171 (E.D. Cal. Apr. 27, 2020); *Dawson-Murdock v. Nat'l Counseling Group, Inc.,* 931 F.3d 269 (4th Cir. 2019); *Sangha v. Cigna Life Insurance Company of New York*, 314 F.Supp.3d 1027 (N.D. Cal. 2018); *Demer v. IBM Corp. LTD Plan*, 835 F.3d 893 (9th Cir. 2016); *Barboza v. California Ass'n of Prof'l Firefighters*, 144 F.Supp.3d 1151 (E.D. Cal. 2015); *Hirschkron v.*

DECL. OF MICHELLE L. ROBERTS IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND COSTS
Page 3 of 7
(No. 2:21-cv-00980-TSZ)

Megan E. Glor, Attorneys at Law
707 NE Knott Street, Suite 101
Portland, OR 97212
503-223-7400

*Principal Life Ins. Co.*, 141 F.Supp.3d 1028 (N.D. Cal. 2015); *Bush v. Liberty Life Assurance Co. of Boston*, 130 F.Supp.3d 1320 (N.D. Cal. Sept. 16, 2015); *Barnes v. AT&T Pension Benefit Plan-Nonbargained Program*, C-08-4058 EMC, F. Supp. 2d, 2013 WL 3870291 (N.D. Cal. July 26, 2013); *Barnes v. AT&T Pension Benefit Plan-Non bargained Program*, 273 F.R.D. 562 (N.D. Cal. 2011); *Schramm v. CNA Financial Corp. Insured Group Benefits Program*, 718 F. Supp. 2d 1151 (N.D. Cal. 2010); *Zewdu v. Citigroup Long Term Disability Plan*, 2010 WL 520538 (N.D. Cal. Feb. 12, 2010); *Finley v. Hartford Life and Accident Ins. Co.*, 2007 WL 2406872 (N.D. Cal. Aug. 20, 2007); 249 F.R.D. 329 (N.D. Cal 2008).

7. For each year since 2015, I have been named a "Super Lawyer" by Northern California Super Lawyers Magazine (and was previously named a "Rising Star"). Each year between 2018-2022, I was named a Top 100 and Top 50 Women Attorney by Northern California Super Lawyers.

8. I received my J.D. from the University of California, Berkeley School of Law, in May 2005. I am a 2002 graduate of the University of California, Riverside, *summa cum laude* and *Phi Beta Kappa*.

9. I have known Megan Glor for approximately 15 years and am familiar with her work product and devotion to her ERISA benefit practice. Ms. Glor has been the leader among lawyers in representing claimants in ERISA litigation in Oregon and in the northwest. She is by far the most experienced and successful benefit claim ERISA lawyer representing plaintiffs in the northwest, as shown by her lengthy case list. I know Ms. Glor to be a highly respected ERISA lawyer nationally. I know her to be sought after by other lawyers for her excellent work product

DECL. OF MICHELLE L. ROBERTS IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND COSTS
Page 4 of 7
(No. 2:21-cv-00980-TSZ)

Megan E. Glor, Attorneys at Law
707 NE Knott Street, Suite 101
Portland, OR 97212
503-223-7400

in ERISA benefit litigation. I have reviewed her writing and believe her to be in the top echelon of ERISA plaintiff's attorneys in the country.

10. I am aware that few lawyers in the northwest – indeed, relatively few in the country – focus their practice on the representation of insureds in first party coverage disputes, particularly in ERISA-governed litigation, given the very limited remedies, ever-changing, nuanced case law and lack of resources of most ERISA claimants. In my experience, the fight to obtain benefits is long and painstaking, including a time-demanding, mandatory review and appeals process prior to litigation (for which claimants cannot recover attorney's fees) that is essential for litigation, which is based upon a "cold record" review, followed by extensive briefing.

11. I fully support Ms. Glor's request to be compensated for 309.4 hours of work in this case. This case involved a dispute for disability benefits for a high-accomplished attorney associated with a top regional law firm, who is entitled to over a half million dollars in disability benefits based upon career-ending illness. The case involved many symptoms, but evaded a unified diagnosis. It warranted the highest level of advocacy and work product, most clearly apparent from the fact the plaintiff lost his career and income due to illness and sold his home and exhausted savings after the denial of his disability claim. The administrative record is voluminous, including medical records and reports of consulting physicians, file reviews by Unum's consultants, internal memos, statements, appeals and other lengthy documents. In my experience, it is very time-consuming to review and summarize a lengthy record and effectively make the necessary legal arguments in the limited space of a dispositive motion.

DECL. OF MICHELLE L. ROBERTS IN SUPPORT OF PLAINTIFF'S
MOTION FOR ATTORNEY'S FEES AND COSTS
Page 5 of 7
(No. 2:21-cv-00980-TSZ)

Megan E. Glor, Attorneys at Law
707 NE Knott Street, Suite 101
Portland, OR 97212
503-223-7400

12.     Ms. Glor's work product is of the highest caliber. Preparing top notch briefs such as the ones filed on behalf of plaintiff in this case requires a great deal of time, identifying key information to extract from a voluminous the record, presenting the most salient facts within the page constraints of the briefs, making and revising arguments finding the most persuasive case law, and editing extensively to present a well-written accurate brief. The work requires great attention to detail and much time and Ms. Glor's work product is superior in all briefs. The arguments are clear and the organization of the briefs is excellent. It is extremely time-consuming to prepare briefs of this quality. In my opinion, Ms. Glor's time spent on all aspects of the case were reasonable and necessary. Ms. Glor communicated extensively with Mr. Abrams, as would be expected given his decades of experience as a litigation attorney and importance of the case.

13.     I also fully support plaintiff's request to be compensated for 4.1 hours spent by attorney Eleanor Hamburger and for 1 hour spent by attorney Richard Spoonemore in this case. Ms. Hamburger's declaration confirms that she is an expert in benefits litigation and has a wealth of experience litigating cases in this area for approximately 26 years. I observe that Mr. Spoonemore has practiced law for over 30 years and is Ms. Hamburger's law partner in a firm that focuses on class action cases on behalf of consumer groups and that has extensive expertise in benefits litigation. In my professional opinion, Ms. Hamburger's and Mr. Spoonemore's time in this case, which was mostly spent reviewing and editing the substantive motions prepared by Ms. Glor, was time well spent in preparing excellent work product and was reasonable and necessary to the case.

DECL. OF MICHELLE L. ROBERTS IN SUPPORT OF PLAINTIFF'S
MOTION FOR ATTORNEY'S FEES AND COSTS
Page 6 of 7
(No. 2:21-cv-00980-TSZ)

Megan E. Glor, Attorneys at Law
707 NE Knott Street, Suite 101
Portland, OR 97212
503-223-7400

14. In summary, I fully support Ms. Glor's request for an award of fees for Ms. Glor's 309.4 hours, for Ms. Hamburger's 4.1 hours and for Mr. Spoonemore's one hour on behalf of plaintiff in this case. In my professional opinion, all of the time expended and for which attorney's fees are sought, was reasonable, necessary and appropriate for the work performed and results obtained in this case.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 17th day of January, 2023, at Oakland, California.

*s/ Michelle L. Roberts*
Michelle L. Roberts, CASB #239092
ROBERTS DISABILITY LAW, P.C.
66 Franklin St., Ste 300
Oakland, CA  94607
Tel: (510) 230-2090
michelle@robertsdisability.com

DECL. OF MICHELLE L. ROBERTS IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND COSTS
Page 7 of 7
(No. 2:21-cv-00980-TSZ)

Megan E. Glor, Attorneys at Law
707 NE Knott Street, Suite 101
Portland, OR  97212
503-223-7400