THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM F. ABRAMS,<br><br>        Plaintiff,<br><br>  v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>        Defendant. | Case No. 2:21-cv-00980-TSZ<br><br>[Proposed] Judgment |

Pursuant to the Court's Opinion and Order (Dkt # 43), and the findings of fact therein, judgment is hereby entered in favor of plaintiff William F. Abrams ("plaintiff") and against Unum Life Insurance Company of America ("defendant"), as follows:

IT IS ORDERED, ADJUDGED,AND DECREED that plaintiff shall have judgment in his favor and against defendant on his claim for long term disability ("LTD") benefits under defendant's Policy No. 631962 002 ("the Policy").

IT IS FURTHER ORDERED, ADJUDGED and DECREED that plaintiff's LTD benefits under the Policy are reinstated.

(Proposed) Judgment
(No. 2:21-cv-00980-TSZ)

Megan E. Glor, Attorneys at Law
707 NE Knott Street, Suite 101
Portland, OR  97212
503-223-7400

IT IS FURTHER ORDERED, ADJUDGED and DECREED that defendant shall pay plaintiff long term disability benefits under the Policy in the amount of $15,000.00 per month for the period July 21, 2020 through the date of judgment.

IT IS HEREBY FURTHER ORDERED, ADJUDGED and DECREED that defendant shall continue to pay plaintiff long term disability benefits from the date of judgment through July 20, 2023, absent a showing of improvement such that a reasonable physician would conclude that plaintiff can return to work in his regular occupation, without undue disruptions or absences due to his illness and its related symptoms.

IT IS HEREBY FURTHER ORDERED, ADJUDGED and DECREED that defendant shall pay plaintiff prejudgment interest on the LTD benefits due under the policy from July 21, 2020 through the date of judgment in accordance with 28 U.S.C. § 1961.

IT IS HEREBY FURTHER ORDERED, ADJUDGED, and DECREED that plaintiff shall file any motion for attorneys' fees and costs pursuant to pursuant to ERISA, 29 U.S.C § 1132(g), pursuant to the Court's prior orders.

DATED: _____     _____
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

//

//

//

//

//

//

//

//

(Proposed) Judgment　　　　　　　　　　　　　　　　　　Megan E. Glor, Attorneys at Law
(No. 2:21-cv-00980-TSZ)　　　　　　　　　　　　　　　　707 NE Knott Street, Suite 101
　　　　　　　　　　　　　　　　　　　　　　　　　　　Portland, OR  97212
　　　　　　　　　　　　　　　　　　　　　　　　　　　503-223-7400

*Presented by*:

**SIRIANNI YOUTZ SPOONEMORE HAMBURGER, PLLC**

 *s/ Eleanor Hamburger*
 Eleanor Hamburger, WSBA No. 26478
 Richard E. Spoonemore, WSBA #21833
 3101 Western Avenue, Suite 350
 Seattle, WA 98121
 Telephone: 206-223-0303
 Fax: 206-223-0246

**MEGAN E. GLOR ATTORNEYS AT LAW, PC**

 *s/ Megan E. Glor*
 Megan E. Glor, OSB #930178
 (admitted *pro hac vice*)
 707 NE Knott Street, Suite 101
 Portland, OR 97212
 Telephone: 503-223-7400
 Fax: 503-751-2071

 Attorneys for Plaintiff William F. Abrams

(Proposed) Judgment
(No. 2:21-cv-00980-TSZ)

Megan E. Glor, Attorneys at Law
707 NE Knott Street, Suite 101
Portland, OR 97212
503-223-7400