HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM F. ABRAMS,<br><br>                Plaintiff,<br><br>   v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>                Defendant. | Case No. 2:21-cv-00980-TSZ<br><br>**[PROPOSED] JUDGMENT** |

Pursuant to the Court's Opinion and Order (Dkt # 43), and the findings of fact therein, judgment is hereby entered in favor of plaintiff William F. Abrams ("plaintiff") and against Unum Life Insurance Company of America ("defendant"), as follows:

IT IS ORDERED, ADJUDGED, AND DECREED that plaintiff shall have judgment in his favor and against defendant on his claim for long term disability ("LTD") benefits under defendant's Policy No. 631962 002 ("the Policy").

IT IS FURTHER ORDERED, ADJUDGED, and DECREED that plaintiff's LTD benefits under the Policy are reinstated under the terms of the Policy. Plaintiff is awarded back benefits, less applicable offsets. The gross amount of back benefits is calculated at $435,000 for the period from July 20, 2020 through to entry of judgment. Then applicable offsets, if any, should be applied. In addition, Plaintiff shall receive prejudgment interest. Prejudgment interest is calculated at a rate

[PROPOSED] JUDGMENT - 1
CASE NO. 2:21-cv-00980-TSZ

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

100447.0203/9250657.1

1  equal to the weekly average 1–year constant maturity Treasury yield, as published by the Board of
2  Governors of the Federal Reserve System, for the applicable calendar week.  28 U.S.C. § 1961(a).
3
        IT IS HEREBY FURTHER ORDERED, ADJUDGED, and DECREED that plaintiff is
4
5  entitled to attorney fees in the amount of $87,590 plus costs as submitted pursuant to ERISA, 29
6  U.S.C § 1132(g), and this Court's prior orders.
7
8  DATED: _____   _____
                                          UNITED STATES DISTRICT JUDGE
9
...

15 *Presented by*:
16 LANE POWELL PC
17
18 By: *s/D. Michael Reilly*
19     D. Michael Reilly, WSBA No. 14674
       Riley R. Moyer, WSBA No. 56243
20     1420 Fifth Avenue, Suite 4200
       P.O. Box 91302
21     Seattle, Washington 98111-9402
       Telephone:  206.223.7000
22     reillym@lanepowell.com
       moyerr@lanepowell.com
23 Attorneys for Defendant Unum Life Insurance
   Company of America
24

[PROPOSED] JUDGMENT - 2
CASE NO. 2:21-cv-00980-TSZ

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

100447.0203/9250657.1