The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM F. ABRAMS, <br><br>                   Plaintiff, <br><br>      v. <br><br> UNUM LIFE INSURANCE COMPANY OF AMERICA, <br><br>                   Defendant. | NO. 2:21-cv-00980-TSZ <br><br> SUPPLEMENTAL DECLARATION OF ELEANOR HAMBURGER |

I, Eleanor Hamburger, declare under penalty of perjury and in accordance with the laws of the State of Washington that:

1.    I provide this declaration to address questions raised by Unum in its opposition to Plaintiff's Motion for Fees. *See* Dkt. No. 54. I am a partner at Sirianni Youtz Spoonemore Hamburger and am one of the attorneys for plaintiff in this action.

2.    I have practiced for nearly thirty years, litigating extensively on disability and health coverage issues on behalf of consumers. Many of my cases are cases of first impression or cases that have broad systemic impact, whether or not the cases are

SUPPLEMENTAL DECLARATION OF ELEANOR HAMBURGER – 1

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON 98121
TEL. (206) 223-0303  FAX (206) 223-0246

brought on behalf of individuals, organizations or class actions. I am particularly interested in cases that break new ground on behalf of consumers against insurance companies. I became involved in this case because it is one of the first cases in the country on the effects of long COVID (regardless of formal diagnosis) on applications for long term disability benefits. The aggressive and combative response from Unum to Mr. Abrahms' claims further convinced me that this would be an important case for establishing the long-term disability rights of insureds who suffer from the effects of long COVID. This case was never a "run of the mill" ERISA long term disability case.

**3.** *Experience*. My partner Rick Spoonemore and I have extensive experience in litigating ERISA and insurance cases. I have worked my entire career representing individuals and classes regarding access to health care and health benefits. I graduated from New York University School of Law in 1993 where I was a Root-Tilden-Snow scholar. After law school, I worked as a staff attorney at the Office of the Public Advocate in Newark, New Jersey and a Health Fellow at Consumers Union's West Coast Regional Office in San Francisco, California before moving to Seattle, Washington.

4. I worked at Columbia Legal Services from 1998 to 2004 as a staff attorney in its Tacoma and Seattle, Washington offices. My practice there included representing low-income elderly and disabled individuals to obtain access to Medicaid services. During my tenure at Columbia Legal Services, I also taught the Disability Law Clinic at the University of Washington School of Law, supervising legal interns as they

SUPPLEMENTAL DECLARATION OF ELEANOR HAMBURGER – 2

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON 98121
TEL. (206) 223-0303  FAX (206) 223-0246

represented individuals in disputes involving Medicaid benefits from the Washington Department of Social and Health Services.

5. In 2004, I joined the Seattle law firm of Sirianni Youtz Meier & Spoonemore, now Sirianni Youtz Spoonemore Hamburger, representing clients in business litigation, insurance coverage disputes, ERISA health/disability and pension/profit-sharing litigation, and securities fraud. I continue to represent health care and health coverage enrollees, often on a *pro bono* basis. In 2009, I became a partner in the law firm.

6. I am a co-founder and former president of the Northwest Health Law Advocates, a nonprofit health law and advocacy organization dedicated to increasing access to health care and health coverage in Washington state.

7. My advocacy on behalf of persons with disabilities has been recognized by the Arc of Washington, Washington Autism Advocacy and Alliance, and Autism Speaks. Our firm has been recognized by Columbia Legal Services for its dedication to representation of low-income persons and for its work on behalf of indigent patients in one of my cases, *Lopez v. Health Management Associates.*

8. I have also represented many individuals who challenge denials of coverage for disability and health coverage by their third-party payors or insurers, whether pursuant to ERISA or via state breach of contract claims. *See, e.g., S.L. v. Premera Blie Cross,* No 2:18-cv-01308-RSL (W.D. Wash., pending); *T.S. v. Heart of CarDon*, 1:20-cv-01699-TWP-TAB (S.D. Ind., pending); *Gorena v. Aetna Life Ins. Co.,*

SUPPLEMENTAL DECLARATION OF ELEANOR HAMBURGER – 3

Sirianni Youtz
Spoonemore Hamburger pllc
3101 Western Avenue, Suite 350
Seattle, Washington  98121
Tel. (206) 223-0303  Fax (206) 223-0246

2:17-cv-00532-RSL (W.D. Wash.); *A.A. v. Blue Cross Blue Shield of Ill.,* No. 2:13-cv-00357-RSM (W.D. Wash., 2014); *K.F. v. Regence BlueShield,* 2008 WL 4223613 (W.D. Wash. 2008); *Murch v. Prudential,* No. C05-0992P (W.D. Wash. 2006) and *Caffell v. Regence BlueShield*, No. C03-3374-RSM (W.D. Wash., 2005) among many others. I have also been class counsel, along with other co-counsel at my firm and/or other law firms, including Ms. Glor, in more than three dozen class action lawsuits, both in the Western District of Washington and across the country.

9. My law partner, Rick Spoonemore, has been a practicing attorney for more than 30 years. He graduated from the University of Washington School of Law with a J.D. in 1992. He is "AV" rated by Martindale-Hubbell and has been named a "Super Lawyer" by WASHINGTON LAW AND POLITICS in 2005-2022. He was repeatedly voted one of "WASHINGTON'S TOP 100" in the "Super Lawyer" during the last decade.

10. Mr. Spoonemore emphasizes complex litigation, including ERISA, health, disability and securities class and derivative actions. He obtained the nation's largest judgment under Section 16(b) of the United States' 1934 Securities Act – over $247 million – *in Dreiling v. Jain,* 281 F. Supp. 2d 1234 (W.D. Wash. 2003). In addition to the *Jain* litigation, he was lead counsel in *Hoffman v. Regence*, an ERISA class action that resulted in a recovery of over $31 million for thousands of Washington State participants and beneficiaries. He was also counsel in *Judd v. AT&T*, a case that resolved after a judgment on liability for $45 million. He has obtained over ten additional recoveries exceeding $1 million since 2000. He is the author of a number of

SUPPLEMENTAL DECLARATION OF ELEANOR HAMBURGER – 4

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON 98121
TEL. (206) 223-0303  FAX (206) 223-0246

articles on ERISA, health and securities matters, and he has taught and lectured on ERISA at the University of Washington School of Law, as well as before community groups, and through CLE courses for other attorneys.

11. Mr. Spoonemore has been designated as class counsel in dozens of class action lawsuits. He has also represented many plaintiffs and defendants in individual ERISA lawsuits.

12. Individual ERISA cases can be just as complicated as class action lawsuits, particularly where the case involves a new or emerging issue, an aggressive and litigious defendant, and where the amount of benefits at stake are particularly high. All of those factors were present in this case.

13. For more than a decade, Mr. Spoonemore and I have partnered cases with Ms. Glor, who is an excellent ERISA attorney. For cases in Seattle, my law firm is frequently her local counsel, and when my law firm brings a case in Oregon, Ms. Glor will often be our local counsel.

14. The retainer agreement in this case does not provide for an hourly rate because the case was taken on a contingent basis. This is my law firm's standard practice for contingent cases, whether the case is brought on an individual or classwide basis. If a case is certified as a class action, then the court determines the appropriate payment. If the case is settled or judgment is reached on an individual basis, then our firm has an agreement with the client to receive the fees awarded by the Court, and when appropriate, a portion of the funds obtained by the plaintiff as a result of the

SUPPLEMENTAL DECLARATION OF ELEANOR HAMBURGER – 5

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON 98121
TEL. (206) 223-0303  FAX (206) 223-0246

litigation. If the case is not successful, on contingent cases we are not compensated for our legal effort. That was the arrangement in this case.

15. On January 1, 2023, my law firm's rates increased, such that my rate, and that of Rick Spoonemore for new clients is now $750 an hour. We did not seek that rate in this litigation because we had informed defense counsel that our rates were $715 an hour, when attempting (unsuccessfully) to resolve the case in the spring of 2022.

16. In 2022, $715 an hour was the actual rate charged by my law firm for work performed by either Rick Spoonemore or me. Multiple hourly clients paid our actual rate of $715 an hour in 2022. In addition, this rate was accepted when fees were approved in the following cases: *N.R. v. Raytheon Co.,* No. 1:20-cv-10153-RGS (D. Mass.), *Reichert v. Keefe Commissary Network,* No. 3:17-cv-05848-BHS (W.D. Wash.); *C.C. v. Baylor, Scott & White Health,* No. 4:18-cv-00828-SDJ (E.D. Tex.).

17. In 2021, Mr. Spoonemore and I both charged new clients at a rate $665 an hour, which was the rate actually paid by multiple hourly clients and approved by several courts and at least one arbitrator, including in individual cases. *See e.g., Camp v. Washington State Health Care Authority,* No. 20-2-01813-34 (Thurston Cty. Sup. Ct.); *J.R. v. Blue Cross Blue Shield of Illinois et al.,* No. 2:18-cv-01191-JLR (W.D. Wash.); *D.T. v. NECA-IBEW Family Medical Care Plan,* No. 2:17-cv-00004-RAJ (W.D. Wash.).

18. Since the filing of Plaintiff's Motion for Attorney's Fees and Costs on January 17, 2023, I have spent an additional two hours on this matter, reviewing Unum's opposition, preparing my supplemental declaration, communicating with Mr.

SUPPLEMENTAL DECLARATION OF ELEANOR HAMBURGER – 6

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON 98121
TEL. (206) 223-0303 FAX (206) 223-0246

Birmingham regarding his supplemental declaration and reviewing and revising plaintiff's Reply, and request to be compensated for this additional time.

DATED: February 3, 2023, at Seattle, Washington.

/s/ Eleanor Hamburger
Eleanor Hamburger (WSBA #26478)

SUPPLEMENTAL DECLARATION OF ELEANOR HAMBURGER – 7

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON 98121
TEL. (206) 223-0303 FAX (206) 223-0246