The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM F. ABRAMS,<br><br>    Plaintiff,<br><br> v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>    Defendant. | NO. 2:21-cv-00980-TSZ<br><br>SUPPLEMENTAL DECLARATION OF RICHARD J. BIRMINGHAM |

I, Richard J. Birmingham, declare under penalty of perjury and in accordance with the laws of the State of Washington that:

1. I am a partner at the law firm of Davis Wright Tremaine LLP. I have practiced law in Washington since 1979. My practice focuses exclusively on ERISA matters including ERISA litigation. I have been involved in both Plaintiff and Defendant ERISA litigation including class actions.

2. I provide this supplemental declaration to address questions raised by Unum in its opposition to Plaintiff's Motion for Fees. *See* Dkt. No. 54.

SUPPLEMENTAL DECLARATION OF RICHARD J. BIRMINGHAM
(2:21-cv-00980-TSZ) - 1
4877-5112-5582v.1 0050033-001574

3. Unum's counsel asserts that my hourly rate is actually $650 per hour because he received an email from me with an American Arbitration Association ("AAA") rate of $650 per hour. My current billing rate for 2023 as established by my law firm is $930 per hour. My billing rate for 2022 was $875 per hour and my 2021 billing rate was $835 per hour. I had recently joined the AAA employee benefits panel and the AAA had suggested that new members might find it beneficial to discount their rates during the first year on the panel in order to attract new clients. At the time I applied to the panel, my billing rate was $835 per hour. I lowered my hourly rate from $835 per hour to $650 per hour, but it was intended as a short term reduction only while I gained experience on the panel. In the last quarter of 2022, my application was accepted and I became active on the panel. In 2018, Judge Martinez, in the case of *Lehman v. Nelson*, C13-1835RSM, approved a billing rate of $665 per hour for me. However, my billing rate has increased significantly, as it has been over four years since that award.

4. My billing rate is the same regardless of whether the case is a single plaintiff's case or a class action case. In my experience, attorneys are more likely to discount their rates on class action cases in anticipation of larger number of hours to be worked, and less likely to discount their rates on single plaintiff's cases because the volume of work will not be as great, but a significant amount of expertise is still required that can only be performed by more senior counsel.

DATED: January 31, 2023, at Seattle, Washington.

                                                By */s/ Richard J. Birmingham*
                                                   Richard J. Birmingham (WSBA #8685)