# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| WILLIAM F. ABRAMS,<br><br>    Plaintiff(s),<br><br> v.<br><br>UNUM LIFE INSURANCE<br>COMPANY OF AMERICA,<br><br>    Defendant(s). | JUDGMENT IN A CIVIL CASE<br><br>CASE NO. C21-0980 TSZ |

\_\_\_\_  **Jury Verdict**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_X\_  **Decision by Court**. This action came on for consideration before the court. The issues have been considered and a decision has been rendered.

THE COURT ORDERS THAT

Pursuant to the Court's Opinion and Order, docket no. 43, and the findings of fact therein, judgment is hereby entered in favor of plaintiff William F. Abrams ("Plaintiff") and against Unum Life Insurance Company of America ("Defendant"), IT IS ORDERED, ADJUDGED, and DECREED as follows:

(1) That Plaintiff shall have judgment in his favor and against Defendant on his claim for long term disability ("LTD") benefits under Defendant's Policy No. 631962 002 ("the Policy");

(2) That Plaintiff's LTD benefits under the Policy are reinstated;

(3) That Defendant shall pay Plaintiff long term disability benefits in the gross amount of $15,000.00 per month and in accordance with the terms of the Policy, for the period of July 21, 2020, through the date of this Judgment;

(4) That Defendant shall pay Plaintiff prejudgment interest on the LTD benefits due under the policy from July 21, 2020, through the date of this Judgment in accordance with 28 U.S.C. § 1961.

(5) That Defendant shall continue to pay Plaintiff long term disability benefits from the date of judgment through July 20, 2023, absent a showing of improvement such that a reasonable physician would conclude that plaintiff can return to work in his regular occupation, without undue disruptions or absences due to his illness and its related symptoms;

(6) That Defendant shall pay Plaintiff's attorneys fees of $166,650 and costs of $2,353.75.

Dated this 27th day of February, 2023.

Ravi Subramanian
Clerk

s/Laurie Cuaresma
Deputy Clerk