HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM F. ABRAMS,<br><br>Plaintiff,<br><br>v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>Defendant. | Case No. 2:21-cv-00980-TSZ<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Defendant Unum Life Insurance Company of America hereby appeals to the United States Court of Appeals for the Ninth Circuit from the final judgment entered in this action on February 27, 2023 (Dkt. 62), together with any and all interlocutory and related rulings that merged into and became a part of that judgment including, but not limited to, the December 27, 2022 Order on Plaintiff's Rule 52 motion (Dkt. 43) and the February 27, 2023 Order on Attorneys' Fees (Dkt. 61).

///

///

///

///

///

NOTICE OF APPEAL - 1
CASE NO. 2:21-cv-00980-TSZ

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

100447.0203/9318148.1

DATED: March 23, 2023

LANE POWELL PC

By:  *s/ D. Michael Reilly*
D. Michael Reilly, WSBA No. 14674
Ryan P. McBride, WSBA No. 33280
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, Washington 98111-9402
Telephone:  206.223.7000
reillym@lanepowell.com
mcbrider@lanepowell.com

Attorneys for Defendant Unum Life Insurance Company of America

NOTICE OF APPEAL - 2
CASE NO. 2:21-cv-00980-TSZ

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

100447.0203/9318148.1

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of March, 2023, I electronically filed the foregoing **NOTICE OF APPEAL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Megan E. Glor
>Megan E. Glor Attorneys at Law
>707 NE Knott Street, Suite 101
>Portland, OR  97212
>Phone: 503.223.7400
>Email: megan@meganglor.com
>
>Richard E. Spoonemore
>Eleanor Hamburger
>Sirianni Youtz Spoonemore Hamburger
>3101 Western Avenue, Suite 350
>Seattle, WA  98121
>Phone: 206.223.0303
>Email:  rspoonemore@sylaw.com
>            ehamburger@sylaw.com

DATED this 23rd day of March, 2023.

*s/ Shanynn R. Foster*
Shanynn R. Foster, Legal Assistant

NOTICE OF APPEAL - 3
CASE NO. 2:21-cv-00980-TSZ

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

100447.0203/9318148.1