# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| WILLIAM F. ABRAMS,<br><br>Plaintiff,<br><br>v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>Defendant. | C21-0980 TSZ<br><br>ORDER |

This matter before the Court is Defendant Unum Life Insurance Company of America's Motion to Approve Supersedeas Bond and Stay Enforcement of Judgment. Docket no. 64. The Court has considered the Motion, as well as the pleadings and filings in the record.

Therefore, being fully advised and good cause appearing, the Court ORDERS that Defendant's Motion to Approve Supersedeas Bond and Stay Enforcement of Judgment is GRANTED in its entirety.

ORDER - 1

IT IS SO ORDERED.

Dated this 6th day of April, 2023.

Thomas S. Zilly
United States District Judge

ORDER - 2