|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br><br>MAY 24 2023<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| WILLIAM F. ABRAMS,          Plaintiff-Appellee, <br><br> v. <br><br> UNUM LIFE INSURANCE COMPANY OF AMERICA, <br><br>          Defendant-Appellant. | No.   23-35211 <br><br> D.C. No. 2:21-cv-00980-TSZ <br> Western District of Washington, Seattle <br><br> ORDER |

Pursuant to the stipulation of the parties (Docket Entry No. 7), this appeal is voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

By: Stephen M. Liacouras
Chief Circuit Mediator