THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM F. ABRAMS,<br><br>           Plaintiff,<br><br>    v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>           Defendant. | Case No. 2:21-cv-00980-TSZ<br><br>SATISFACTION OF JUDGMENT |

Plaintiff, by his attorney, Megan E. Glor, states as follows:

All matters specified in the judgment entered by the Court on February 27, 2023, including, but not limited to, all benefits, prejudgment interest, costs, and attorneys' fees, have been paid and satisfied.

/ /

/ /

/ /

SATISFACTION OF JUDGMENT
Page 1 of 2

Megan E. Glor, Attorneys at Law
707 NE Knott Street, Suite 101
Portland, OR  97212
503-223-7400

WHEREFORE, judgment having been satisfied, this matter may be dismissed with prejudice.

DATED: June 5, 2023

                                        Respectfully Submitted,

<u>s/ Megan E. Glor</u>
Megan E. Glor, OSB #930178 (*pro hac vice*)
Megan E. Glor, Attorneys at Law
707 NE Knott Street, Suite 101
Portland, OR 97212
Telephone: (503) 223-7400
Email: megan@meganglor.com

SATISFACTION OF JUDGMENT
Page 2 of 2

Megan E. Glor, Attorneys at Law
707 NE Knott Street, Suite 101
Portland, OR  97212
503-223-7400